# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

December 15, 2014

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**

**Court Reporter:** Electronic Court Recorder

**Title of Case:**                                           Crim. No. 14cr699-11(JBS)
UNITED STATES OF AMERICA
            V.
JAZMIN VEGA

**DEFENDANT PRESENT**

**Appearances:** Diana Carrig, AUSA for Government
Troy Archie, Esq for defendant
Gary Pettiford, U.S. Pretrial Services

**Nature of Proceedings:**
Hearing on application by defendant to modify conditions of release
Ordered application granted
Order Amending Conditions of Release to provide that the deeds to the properties are to be posted by Thursday, December 18, 2014 at 10am to be entered.

s/Susan Bush
Deputy Clerk

Time Commenced: 1:13 pm
Time Adjourned: 1:17 pm

Total Time in Court: 4 mins.