IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 14cr699-11(JBS) |
| JAZMIN VEGA | |

### ORDER AMENDING CONDITIONS OF RELEASE

THIS MATTER having come before the Court by way of Defendant Jazmin Vega's application to modify conditions of release, and the Court having conducted a hearing on December 14, 2014; and the Court noting the following appearances:  Diana Carrig, Assistant United States Attorney, and Troy Archie, Esq.; and the Defendant appearing; and for good cause shown and for the reasons set forth on the record:

IT IS ORDERED this 15th day of December 2014 that the Order Setting Conditions of Release dated December 11, 2014 is hereby amended as follows:

1. Paragraph 7(t) is amended to reflect that the deeds to the properties are to be posted by Thursday, December 18, 2014 at 10:00 A.M.

2. All other conditions of release set forth in the Order Setting Conditions of Release dated August 19, 2013 shall remain in effect and are hereby incorporated herein.

_____
ANN MARIE DONIO
United States Magistrate Judge