IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 14cr699-11(JBS) |
| v. | |
| JAZMIN VEGA | |

### ORDER AMENDING CONDITIONS OF RELEASE

THIS MATTER having come before the Court by way of consent of the parties to amend defendant's Order Amending Conditions of Release dated December 15, 2014; and for good cause shown:

IT IS ORDERED this 17th day of December 2014 that the Order Setting Conditions of Release dated December 11, 2014 and the Order Amending Conditions of Release dated December 15, 2014 is hereby amended as follows:

1. Paragraph 7(t) is amended to reflect that the deeds to the properties are to be posted by Monday, December 22, 2014 at 10:00 A.M.

2. All other conditions of release set forth in the Order Setting Conditions of Release dated December 15, 2014 shall remain in effect and are hereby incorporated herein.

_____
ANN MARIE DONIO
United States Magistrate Judge