UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                January 22, 2015

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter: LISA MARCUS

Title of Case:                               Docket # CR. 14-699-1,2,4,5,6,7,8,9,10,11
UNITED STATES
    VS.
TOYE TUTIS, ET AL

Appearances:
Diana Carrig, AUSA for govt.
Christopher Warren, Esq. for deft. Toye Tutis (Deft. Present)
Edward Jacobs, Esq. for deft. Kareen Taylor (Deft. Present)
Anne Singer, Esq. for deft. Francisco Rascon-Muracami (Deft. Present)
Rocco Cipparone, Esq. for deft. Phillip Horton (Deft. Not Present)
Gil Scutti, Esq. for deft. Tozine Tiller (Deft. Present)
Lori Koch, AFPD for deft. Talib Tiller (Deft. Present)
David Rudenstein, Esq. for deft. Kabaka Atiba (Deft. Present)
Megan Davies, Esq. for deft. Ronald Byrd (Deft. Present)
John Renner, Esq. for deft. John Wellman (Deft. Present)
Troy Archie, Esq. for deft. Jazmin Vega (Deft. Present)

Nature of Proceedings:    STATUS CONFERENCE

Ordered Stipulated Protective Order entered.
Ordered Complex Case and Speedy Trial Order entered
Ordered Time excluded from 12/23/14 to 4/30/14.
Ordered Status Conference set for April 9, 2015 at 10:00 am


Time Commenced 3:15 pm Time Adjourned 4:00 pm Total Time: 45 Minutes


                                             s/ *Marnie Maccariella*
                                             **DEPUTY CLERK**