# AFONSO BAKER & ARCHIE, P.C.
## ATTORNEYS AT LAW

ALBERT M. AFONSO, ESQ.
THEODORE J. BAKER, ESQ.
TROY A. ARCHIE, ESQ.
ERIC R. FOLEY, ESQ.
TERRELL A. RATLIFF, ESQ.

PHONE: (856) 786-7000
FAX: (856) 385-8181

LAWYERS@AFONSOBAKER.COM

July 21, 2015

*Via PACER/ECF Only*
Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

  Re: USA v. Jazmin Vega
     Criminal No. 14-cr-699-11 (JBS)

Dear Judge Donio:

  Kindly be advised that I am submitting this correspondence to correct the record and inform the Court that Ms. Vega purchased her ticket in advance of the hearing with insurance in case her application was denied. She did so to avoid the daily increase in price on the purchase of said ticket. The undersigned had forgotten that I talked with Ms. Vega previously about the purchase with insurance to limit the cost of the ticket.

  If Your Honor should have any questions, please advise.

  Thank you in advance for your anticipated attention and courtesies in this matter.

          Respectfully Submitted,

          /s/ Troy A. Archie, Esquire

TAA/jd
cc: Diana Carrig, AUSA (via PACER/ECF)
   Gary Pettiford, U.S. Pre-Trial Services